AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of         __DELAWARE__

SEPRACOR INC.,

       Plaintiff,

       v.

DEY, L.P., et al.,

       Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06- 604-

TO:    Dey, L.P.
       c/o Steven J. Balick, Esquire
       Ashby & Geddes
       222 Delaware Avenue, 17th Floor
       P.O. Box 1150
       Wilmington, Delaware 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within _____ 2 0 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

OCT 0 3 2006

_____
CLERK

_____
DATE

_Euella Watson_
(By) DEPUTY CLERK

602296v1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE *10/3/06* |
|---|---|
| NAME OF SERVER (PRINT) *Gary D Morgan* | TITLE *Runner* |

*Check one box below to indicate appropriate method of service*

☒  Served personally upon the defendant.  Place where served: *CS* _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

_____

☐  Returned unexecuted:_____

_____

_____

☐  Other (specify):_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____*10/3/06*____
                    Date

_____
Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

602296v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 3, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on October 3, 2006, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Edgar H. Haug, Esquire                        Elizabeth A. Leff, Esquire
Kimberly J. McGraw, Esquire                   Frommer, Lawrence & Haug L.L.P.
Frommer, Lawrence & Haug L.L.P.               1667 K. Street, N.W.
745 Fifth Avenue                              Washington, D.C. 20006
New York, NY  10151

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

629446v1