IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR, INC.,<br><br>Plaintiff,<br>Counterclaim-Defendant<br><br>v.<br><br>DEY, L.P. and DEY, INC.,<br><br>Defendants,<br>Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-604-KAJ |

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 (a), the undersigned counsel for Defendants Dey, L.P. and Dey, Inc., certifies that:

Merck KGaA, which is a publicly traded corporation, is a parent of Dey, Inc. and Dey, L.P.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

**FROMMER, LAWRENCE & HAUG LLP**

Edgar H. Haug
Kimberly J. McGraw
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500
Email: Ehaug@flhlaw.com
Email: Kmcgraw@flhlaw.com

Elizabeth A. Leff
Frommer, Lawrence & Haug LLP
1667 K Street, N.W.
Washington, DC 20006
Telephone: (202) 292-1530
Fax: (202) 292-1531
Email: Eleff@flhlaw.com

Dated: October 23, 2006

174420.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2006, the attached **RULE 7.1 STATEMENT** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

HAND DELIVERY

Susan M. Dadio, Esquire
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

VIA FEDERAL EXPRESS

Jayson R. Wolfgang, Esquire
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA 17101

VIA FEDERAL EXPRESS

*John G. Day*

John G. Day

174422.1