IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEPRACOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| Counterclaim-Defendant | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. No. 06-604-KAJ |
| | ) | |
| DEY, L.P. and DEY, INC., | ) | |
| | ) | |
| Defendants, | ) | |
| Counterclaim Plaintiffs. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Edgar H. Haug, Elizabeth A. Leff, and Kimberly J. McGraw to represent Dey,

L.P. and Dey, Inc. in this matter.  Pursuant to this Court's Standing Order effective January 1,

2005, the fees for the above-named attorneys have been submitted previously during this

calendar year.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (ID #2114)
John G. Day (ID #2403)
Tiffany Geyer Lydon (ID #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Dey, L.P. and Dey, Inc.*

Dated: October 26, 2006
174578.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR, INC.,                              )
                                             )
              Plaintiff,                     )
              Counterclaim-Defendant         )
                                             )
                                             )
       v.                                    )    C.A. No. 06-604-KAJ
                                             )
DEY, L.P. and DEY, INC.,                     )
                                             )
              Defendants,                    )
              Counterclaim Plaintiffs.       )

## ORDER

This _____ day of _____, 2006, the Court having

considered the motion for the admission *pro hac vice* of Edgar H. Haug, Elizabeth A. Leff, and

Kimberly J. McGraw to represent Dey, L.P. and Dey, Inc. in the above action; now therefore,

       IT IS HEREBY ORDERED that counsel's motion is granted, and that the

foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| Sepracor Inc. | : |
| | : |
| Plaintiff, | : |
| Counterclaim-Defendant | : |
| | :   Case No. 06-604-KAJ |
| v. | : |
| | : |
| Dey LP and Dey Inc. | : |
| | : |
| Defendants, | : |
| Counterclaim Plaintiffs. | : |

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing in good standing as a member of the Bars of the following United States

Courts, the United States District Court for the Southern, Eastern and Northern Districts of New

York, the Federal Circuit, and the United States Supreme Court and /or the highest Court of the

State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this

Court for any alleged misconduct which occurs in the preparation or course of this action.  I also

certify that I am generally familiar with this Court's Local Rules.

Edgar H. Haug
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.:   (212) 588-0800
Fax:   (212) 588-0500

DATE: October 26, 2006

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE (Wilmington)

| | |
|---|---|
| Sepracor Inc. | : |
| Plaintiff, Counterclaim-Defendant | : : : |
| v. | : : Case No. 06-604-KAJ |
| Dey LP and Dey Inc. | : : |
| Defendants, Counterclaim Plaintiffs. | : : : |

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted and practicing in good standing as a member of the Bars of Washington, Florida,

District of Columbia, and of the following federal district and appellate courts: (a) Western

District of Washington; (b) Northern District of Florida; (c) Central District of Florida; (d)

Southern District of Florida; (e) Ninth Circuit; (f) Federal Circuit; and (g) the United States

Supreme Court; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this

Court for any alleged misconduct which occurs in the preparation or course of this action. I also

certify that I am generally familiar with this Court's Local Rules.

Elizabeth A. Leff
Frommer Lawrence & Haug LLP
1667 K Street NW
Washington, DC 20006
Tel.: (202) 292-1530
Fax: (202) 292-1531

DATE: October 26, 2006

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE (Wilmington)

| | | |
|---|---|---|
| Sepracor Inc. | : | |
| | : | |
| Plaintiff, | : | |
| Counterclaim-Defendant | : | |
| | : | Case No. 06-604-KAJ |
| v. | : | |
| | : | |
| Dey LP and Dey Inc. | : | |
| | : | |
| Defendants, | : | |
| Counterclaim Plaintiffs. | : | |

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of New York and of the following federal district and appellate courts: (a) Southern District of New York, (b) Eastern District of New York, (c) Western District of New York, and (d) the United States Court of Appeals for the Federal Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Kimberly J. McGraw
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.:   (212) 588-0800
Fax:   (212) 588-0500

DATE: October 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2006, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Richard D. Kirk, Esquire                                HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Susan M. Dadio, Esquire                                VIA FEDERAL EXPRESS
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

Jayson R. Wolfgang, Esquire                            VIA FEDERAL EXPRESS
Buchanan Ingersoll & Rooney PC
213 Market Street, Third Floor
Harrisburg, PA 17101


*John G. Day*
_____
John G. Day

174422.1